UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

ATLANTIC CAPES FISHERIES, )
INC., )
 )
        Plaintiff, ) CIVIL ACTION NO.
 ) 12-11151-DPW
 )
    v. )
 )
RAW SEAFOODS, INC., )
 )
        Defendant. )

## JUDGMENT

In accordance with this Court's ruling on July 29, 2014, made in open court, granting the plaintiff's Motion for Summary Judgment (Dkt. No. 22), for the reasons stated therein, it is hereby ORDERED, ADJUDGED AND DECREED:

**Judgment for the plaintiff against the defendant in the amount of $599,790.08 together with post-judgment interest in accordance with 28 U.S.C. § 1961.**

                                    BY THE COURT,

                                    /s/ Jarrett Lovett
                                    Deputy Clerk

DATED: July 30, 2014